IN THE UNITED STATES BANKRUPTCY COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: PATRICK MICHAEL REEDER, | : | Case No. 20-00997-HWV |
| Debtor | : | Chapter 13 |
| | : | |

## CERTIFICATE OF SERVICE

I hereby certify that I served a copy of the Order Confirming Amended Chapter 13 Plan to all parties who have requested to be served via CM/ECF by CM/ECF and/or upon the interested parties identified in the Creditor Matrix, a copy of which is attached hereto, via U.S. First Class Mail.

Date: December 17, 2020           */s/ John W. Lhota*
                                  John W. Lhota
                                  *Counsel for Debtors*

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0314-1<br>Case 1:20-bk-00997-HWV<br>Middle District of Pennsylvania<br>Harrisburg<br>Mon Nov  9 13:56:48 EST 2020 | Bank of Missouri<br>P.O. Box 6812<br>Carol Stream, IL 60197-6812 | Barclay's Bank<br>P.O. Box 8801<br>Wilmington, DE 19899-8801 |
| (p)JPMORGAN CHASE BANK  N A<br>BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE FLOOR 01<br>MONROE LA 71203-4774 | CitiBank<br>P.O. Box 6500<br>Sioux Falls, SD 57117-6500 | Comenity Bank/Boscovs<br>P.O. Box 182273<br>Columbus, OH 43218-2273 |
| Credit One Bank<br>P.O. Box 98873<br>Las Vegas, NV 89193-8873 | Charles J DeHart, III (Trustee)<br>8125 Adams Drive, Suite A<br>Hummelstown, PA 17036-8625 | Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany OH 43054-3025 |
| (p)DISCOVER FINANCIAL SERVICES LLC<br>PO BOX 3025<br>NEW ALBANY OH 43054-3025 | Huntington National Bank<br>P.O. Box 340996<br>Columbus, OH 43234-0996 | Indigo Card/Celtic Bank<br>P.O. Box 4477<br>Beaverton, OR 97076-4401 |
| JNR Adjustment Company, Inc.<br>555 Winderley Place<br>Suite 320<br>Maitland, FL 32751-7104 | JPMorgan Chase Bank, N.A.<br>s/b/m/t Chase Bank USA, N.A.<br>c/o National Bankruptcy Services, LLC<br>P.O. Box 9013<br>Addison, Texas 75001-9013 | (p)JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 |
| LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | John William Lhota<br>Miller, Kistler & Campbell<br>720 South Atherton Street<br>Suite 201<br>State College, PA 16801-4669 | M&T BANK<br>PO BOX 1508<br>BUFFALO, NY 14240-1508 |
| (p)M&T BANK<br>LEGAL DOCUMENT PROCESSING<br>626 COMMERCE DRIVE<br>AMHERST NY 14228-2307 | Milestone/Genesis FS Card Services<br>P.O. Box 4477<br>Beaverton, OR 97076-4401 | Navient<br>P.O. Box 9500<br>Wilkes Barre, PA 18773-9500 |
| Northern Tool & Equipment<br>2800 Southcross Drive West<br>Burnsville, MN 55306-6936 | PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | Pennsylvania Department of Revenue<br>Bankruptcy Division<br>P.O. Box 280946<br>Harrisburg, PA 17128-0946 |
| (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Quantum3 Group LLC as agent for<br>Sadino Funding LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 | Quantum3 Group LLC as agent for<br>Bluestem and SCUSA<br>PO Box 788<br>Kirkland, WA  98083-0788 |
| Quantum3 Group LLC as agent for<br>Comenity Capital Bank<br>PO Box 788<br>Kirkland, WA  98083-0788 | Quantum3 Group LLC as agent for<br>Genesis FS Card Services Inc<br>PO Box 788<br>Kirkland, WA  98083-0788 | Quantum3 Group LLC as agent for<br>Sadino Funding LLC<br>PO Box 788<br>Kirkland, WA 98083-0788<br>Quantum3 Group LLC as agent for |

Patrick Michael Reeder
17 W. Chestnut Street
Mount Union, PA 17066-1102

Sheffield Financial
P.O. Box 1704
Clemmons, NC 27012-1704

Sheffield Financial
PO Box 1847
Wilson, NC 27894-1847

Synchrony Bank
c/o PRA Receivables Management, LLC
PO Box 41021
Norfolk VA 23541-1021

Synchrony Bank/Amazon
P.O. Box 965004
Orlando, FL 32896-5004

Synchrony Bank/Dick's Sporting Good
P.O. Box 965004
Orlando, FL 32896-5004

Synchrony Bank/Lowes
P.O. Box 965004
Orlando, FL 32896-5004

Synchrony Bank/Sam's Club
P.O. Box 965004
Orlando, FL 32896-5004

Synchrony Bank/Sam's Plus
P.O. Box 965004
Orlando, FL 32896-5004

The Huntington National Bank
P.O. Box 89424
Cleveland, OH 44101-6424

USAA FEDERAL SAVINGS BANK
C/O: WEINSTEIN & RILEY, PS
2001 WESTERN AVENUE, STE 400
SEATTLE, WA 98121-3132

USAA Federal Savings Bank
c/o Weinstein & Riley, P.S
11101 West 120th Ave
Suite 280
Broomfield, CO 80021-2756

USAA Federal Savings Bank
C/o Weinstein & Riley, P.S.
11101 West 120th Avenue #280
Broomfield, CO 80021-2756

USAA Savings Bank
9800 Fredericksburg Road
San Antonio, TX 78288-0002

United States Trustee
228 Walnut Street, Suite 1190
Harrisburg, PA 17101-1722

James Warmbrodt
701 Market Street Suite 5000
Philadephia, PA 19106-1541

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Chase Bank
P.O. Box 15298
Wilmington, DE 19850

Discover Financial Services
P.O. Box 30943
Salt Lake City, UT 84130-0943

Jefferson Capital Systems LLC
Po Box 7999
Saint Cloud Mn 56302-9617

M&T Bank
P.O. Box 844
Buffalo, NY 14240

Portfolio Recovery Associates, LLC
POB 12914
Norfolk VA 23541

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| (d)Quantum3 Group LLC as agent for<br>Sadino Funding LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 | (d)Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | (u)The Huntington National Bank |
|---|---|---|
| (d)The Huntington National Bank<br>P O Box 89424<br>Cleveland OH 44101-6424 | End of Label Matrix<br>Mailable recipients   45<br>Bypassed recipients    4<br>Total                 49 | |