UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA
HARRISBURG DIVISION

In re:  Case No. **20-00997-HWV**
PATRICK MICHAEL REEDER

Debtor(s).

## NOTICE OF CHANGE OF ADDRESS

PLEASE TAKE NOTICE THAT, Secured Creditor requests the Court update its mailing matrix and Claims Register to reflect the appropriate notice and payment addresses listed below.

<u>USAA FEDERAL SAVINGS BANK</u>  Court Claim # 11-1
Name of Secured Creditor

Old Address of Secured Creditor:

USAA Federal Savings Bank
C/O Weinstein & Riley, PS
2001 Western Ave,
Suite 400
Seattle, WA 98121

New Name and/or Address where **NOTICES** to Secured Creditor
should be sent:

Robertson, Anschutz, Schneid, Crane & Partners, PLLC
10700 Abbott's Bridge Road, Suite 170
Duluth, GA  30097
Phone: <u>470-321-7112</u>

Name and/or Address where **PAYMENTS** to Secured Creditor
should be sent (if different from above):

Consumer Payment Processing-
Robertson, Anschutz, Schneid, Crane & Partners, PLLC
PO Box 272310
Boca Raton, FL  33427
Phone: <u>561-241-6901</u>

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: <u>/s/ Charles G. Wohlrab    </u>  Date: <u>   11/03/2021     </u>
    Agent for Secured Creditor

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Case 1:20-bk-00997-HWV    Doc 49    Filed 11/05/21    Entered 11/05/21 16:53:13    Desc
Main Document      Page 1 of 2

# CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on November 5, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

PATRICK MICHAEL REEDER
17 W. CHESTNUT STREET
MOUNT UNION, PA 17066

And via electronic mail to:

JOHN WILLIAM LHOTA
MILLER, KISTLER & CAMPBELL
720 SOUTH ATHERTON STREET
SUITE 201
STATE COLLEGE, PA 16801

JACK N ZAHAROPOULOS
STANDING CHAPTER 13 TRUSTEE
8125 ADAMS DRIVE, SUITE A
HUMMELSTOWN, PA 17036

ASST. U.S. TRUSTEE
UNITED STATES TRUSTEE
228 WALNUT STREET, SUITE 1190
HARRISBURG, PA 17101

By: /s/Tan-Asia D. Council