Certificate Number: 05781-PAM-DE-037412288

Bankruptcy Case Number: 20-00997


05781-PAM-DE-037412288

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on May 8, 2023, at 5:59 o'clock AM PDT, Patrick Reeder completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: May 8, 2023

By: /s/Allison M Geving

Name: Allison M Geving

Title: President