United States Bankruptcy Court

Middle District of Pennsylvania

In re:  Case No. 20-00997-HWV
Patrick Michael Reeder  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1     User: AutoDocke     Page 1 of 3
Date Rcvd: May 08, 2023     Form ID: 3180W     Total Noticed: 41

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 10, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Patrick Michael Reeder, 17 W. Chestnut Street, Mount Union, PA 17066-1102 |
| cr | + | USAA Federal Savings Bank, c/o Weinstein & Riley, P.S, 11101 West 120th Ave, Suite 280, Broomfield, CO 80021-2756 |
| 5312891 | + | JNR Adjustment Company, Inc., 555 Winderley Place, Suite 320, Maitland, FL 32751-7104 |
| 5312895 | + | Northern Tool & Equipment, 2800 Southcross Drive West, Burnsville, MN 55306-6936 |
| 5312901 | #+ | Synchrony Bank/Sam's Plus, P.O. Box 965004, Orlando, FL 32896-5004 |
| 5324677 | + | USAA Federal Savings Bank, C/o Weinstein & Riley, P.S., 11101 West 120th Avenue #280, Broomfield, CO 80021-2756 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: RECOVERYCORP.COM | May 08 2023 22:34:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5312883 | | EDI: TSYS2 | May 08 2023 22:34:00 | Barclay's Bank, P.O. Box 8801, Wilmington, DE 19899-8801 |
| 5312882 | | Email/Text: cfcbackoffice@contfinco.com | May 08 2023 18:39:00 | Bank of Missouri, P.O. Box 6812, Carol Stream, IL 60197-6812 |
| 5312885 | + | EDI: CITICORP.COM | May 08 2023 22:34:00 | CitiBank, P.O. Box 6500, Sioux Falls, SD 57117-6500 |
| 5312886 | + | EDI: WFNNB.COM | May 08 2023 22:34:00 | Comenity Bank/Boscovs, P.O. Box 182273, Columbus, OH 43218-2273 |
| 5312887 | + | Email/PDF: creditonebknotifications@resurgent.com | May 08 2023 18:51:44 | Credit One Bank, P.O. Box 98873, Las Vegas, NV 89193-8873 |
| 5312888 | | EDI: DISCOVER.COM | May 08 2023 22:34:00 | Discover Financial Services, P.O. Box 30943, Salt Lake City, UT 84130-0943 |
| 5316901 | | EDI: DISCOVER.COM | May 08 2023 22:34:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany OH 43054-3025 |
| 5312889 | + | Email/Text: bankruptcy@huntington.com | May 08 2023 18:39:00 | Huntington National Bank, P.O. Box 340996, Columbus, OH 43234-0996 |
| 5312890 | + | EDI: PHINGENESIS | May 08 2023 22:34:00 | Indigo Card/Celtic Bank, P.O. Box 4477, Beaverton, OR 97076-4401 |
| 5328859 | | EDI: JEFFERSONCAP.COM | May 08 2023 22:34:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 5312884 | | EDI: JPMORGANCHASE | May 08 2023 22:34:00 | Chase Bank, P.O. Box 15298, Wilmington, DE 19850 |
| 5318976 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | May 08 2023 18:39:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |

| | | | | |
| --- | --- | --- | --- | --- |
| 5328078 | | Email/PDF: resurgentbknotifications@resurgent.com | May 08 2023 18:51:36 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5312892 | | Email/Text: camanagement@mtb.com | May 08 2023 18:39:00 | M&T Bank, P.O. Box 844, Buffalo, NY 14240 |
| 5327956 | + | Email/Text: camanagement@mtb.com | May 08 2023 18:39:00 | M&T BANK, PO BOX 1508, BUFFALO, NY 14240-1508 |
| 5312893 | + | EDI: PHINGENESIS | May 08 2023 22:34:00 | Milestone/Genesis FS Card Services, P.O. Box 4477, Beaverton, OR 97076-4401 |
| 5312894 | + | EDI: NAVIENTFKASMSERV.COM | May 08 2023 22:34:00 | Navient, P.O. Box 9500, Wilkes Barre, PA 18773-9500 |
| 5325655 | | EDI: PRA.COM | May 08 2023 22:34:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5380986 | | EDI: PENNDEPTREV | May 08 2023 22:34:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, Pa. 17128-0946 |
| 5380986 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 08 2023 18:39:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, Pa. 17128-0946 |
| 5346336 | | EDI: Q3G.COM | May 08 2023 22:34:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5327959 | | EDI: Q3G.COM | May 08 2023 22:34:00 | Quantum3 Group LLC as agent for, Bluestem and SCUSA, PO Box 788, Kirkland, WA 98083-0788 |
| 5346337 | + | EDI: Q3G.COM | May 08 2023 22:34:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788, Quantum3 Group LLC as agent for, Sadino Funding LLC 98083-0788 |
| 5321184 | | EDI: Q3G.COM | May 08 2023 22:34:00 | Quantum3 Group LLC as agent for, Genesis FS Card Services Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 5327960 | | EDI: Q3G.COM | May 08 2023 22:34:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 5314415 | | Email/Text: bankruptcy@bbandt.com | May 08 2023 18:39:00 | Sheffield Financial, PO Box 1847, Wilson, NC 27894-1847 |
| 5312896 | + | Email/Text: bankruptcy@bbandt.com | May 08 2023 18:39:00 | Sheffield Financial, P.O. Box 1704, Clemmons, NC 27012-1704 |
| 5313043 | + | EDI: RMSC.COM | May 08 2023 22:34:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5312897 | + | EDI: RMSC.COM | May 08 2023 22:34:00 | Synchrony Bank/Amazon, P.O. Box 965004, Orlando, FL 32896-5004 |
| 5312898 | + | EDI: RMSC.COM | May 08 2023 22:34:00 | Synchrony Bank/Dick's Sporting Good, P.O. Box 965004, Orlando, FL 32896-5004 |
| 5312899 | + | EDI: RMSC.COM | May 08 2023 22:34:00 | Synchrony Bank/Lowes, P.O. Box 965004, Orlando, FL 32896-5004 |
| 5312900 | + | EDI: RMSC.COM | May 08 2023 22:34:00 | Synchrony Bank/Sam's Club, P.O. Box 965004, Orlando, FL 32896-5004 |
| 5316718 | + | Email/Text: bankruptcy@huntington.com | May 08 2023 18:39:00 | The Huntington National Bank, P O Box 89424, Cleveland OH 44101-6424 |
| 5326824 | + | Email/Text: bncmail@w-legal.com | May 08 2023 18:39:00 | USAA FEDERAL SAVINGS BANK, C/O: WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 5312902 | + | EDI: USAA.COM | May 08 2023 22:34:00 | USAA Savings Bank, 9800 Fredericksburg Road, |

San Antonio, TX 78288-0002

TOTAL: 36

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | * | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| cr | *+ | The Huntington National Bank, P.O. Box 89424, Cleveland, OH 44101-6424 |
| 5319356 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 5329217 | *+ | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |

TOTAL: 0 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 10, 2023     Signature: /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 8, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Charles G. Wohlrab | on behalf of Creditor USAA Federal Savings Bank cwohlrab@raslg.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor The Huntington National Bank bkgroup@kmllawgroup.com |
| John William Lhota | on behalf of Debtor 1 Patrick Michael Reeder JLhota@mkclaw.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 5

| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Patrick Michael Reeder<br>First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–6252<br>EIN  82–2198516 |
| Debtor 2<br>(Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN  ____<br>EIN  __–_____ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 1:20–bk–00997–HWV | |

# Order of Discharge 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Patrick Michael Reeder
fdba Reeder and Booher Construction

5/8/23

**By the court:**

*Henry W. Van Eck*

Henry W. Van Eck, Chief Bankruptcy Judge

---

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**